IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| HIGH PLAINS HARVESTING, LLC, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CIVIL ACTION NO. 2:23-cv-191 |
| DEERE & COMPANY, D/B/A JOHN DEERE, | § § § § | |
| *Defendant.* | § | |

## ENTRY OF APPEARANCE OF LOCAL COUNSEL

TO THIS HONORABLE COURT:

Pursuant to the Federal Rules of Civil Procedure and this Court's Local Rules, notice is hereby given that the undersigned attorney is serving as local counsel for Defendant, Deere & Company d/b/a John Deere. Local counsel may be contacted at the address and telephone number shown below.

Respectfully submitted,

Timothy C. Williams, SBN 24067940
tim.williams@sprouselaw.com
SPROUSE SHRADER SMITH PLLC
701 S. Taylor Street, Suite 500 (79101)
P.O. Box 15008
Amarillo, Texas 79105-5008
Tel: (806) 468-3300; Fax: (806) 373-3454


/s/ *Timothy C. Williams*
Timothy C. Williams

**LOCAL COUNSEL FOR DEFENDANT
DEERE & COMPANY**

**CERTIFICATE OF CM/ECF FILING AND SERVICE**

The undersigned Counsel hereby certifies that the foregoing notice has been served *via* ECF and/or e-mail on this 4th day of December 2023, to counsel of record.

/s/ *Timothy C. Williams*
Timothy C. Williams